***Form OL241*** (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Irakli Varshanidze

Debtor(s).

Case No. 26−12647−djb

Chapter: 13

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 7, 2026, this case is hereby DISMISSED.

**Date: August 25, 2026**

Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities

Documents were due by August 14, 2026.